

2 Executive Boulevard, Suite 300
Suffern, New York 10901-8219
t: 845.357.7900
f: 845.357.7127
www.hdrbb.com

New York Office
800 Third Avenue, 28th Floor
New York, New York 10022
t: 212.344.4619

Hackensack Office
433 Hackensack Avenue, Suite 1002
Hackensack, New Jersey 07601
t: 201.441.9056

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

October 18, 2021

**VIA ECF**

Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re: *Finkelstein v. Kronick, et al.*, **Civ No. 7:21-4337 (CS)**

Dear Judge Seibel,

      This firm represents Defendants in the above referenced case. Earlier today, Plaintiff filed a Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) ("Stipulation of Dismissal"), whereby the parties agree that this action shall be voluntarily dismissed with prejudice as to Defendants, but without prejudice as to the arbitration of the claims made in this action as against Montebello Jewish Center in the pending arbitration in the United Synagogue of Conservative Judaism or to the enforcement of any arbitration award that may be made with respect to those claims. In response to the Court's inquiry regarding the status of Defendants' Motion for Sanctions filed on July 13, 2021, in light of the Stipulation of Dismissal, Defendants will not be pursuing their request that the Court award sanctions against Plaintiff and his counsel (ECF No. 48).

      Please advise if the Court requires any additional information. We appreciate the Court's attention to this matter.

                              Respectfully submitted,

                              Robin D. Fineman, Esq.

cc:    Barry Black, Esq.
        Sarah Child, Esq.