UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RABBI JOSHUA FINKELSTEIN,

                Plaintiff,

      - against -

ARNOLD KRONICK, individually and as Chair of the Legal Affairs Committee of the Board of Trustees of Montebello Jewish Center and as Chair of the Steering Committee of the Board of Trustees of Montebello Jewish Center, MARK LEFKOWITZ, individually and as a member of the Legal Affairs Committee of the Board of Trustees of Montebello Jewish Center, FRED ROBINOVITZ, individually and as President of the Board of Trustees of Montebello Jewish Center, CORY BERWANGER, individually and as 1st Vice President of the Board of Trustees of Montebello Jewish Center, RICHARD ORLANDO, individually and as 2nd Vice President of the Board of Trustees of Montebello Jewish Center, ELINOR SILVER, individually and as 3rd Vice President of the Board of Trustees of Montebello Jewish Center, STEVEN CALORAS, individually and as Treasurer of the Board of Trustees of Montebello Jewish Center, KEN BUSMAN, individually and as Financial Secretary of the Board of Trustees of Montebello Jewish Center and as a member of the Legal Affairs Committee of Montebello Jewish Center, ADAM GOODMAN, individually and as Recording Secretary of the Board of Trustees of Montebello Jewish Center, TODD SHERWOOD, individually and as Corresponding Secretary of the Board of Trustees of Montebello Jewish Center, and SUSAN BERNSTEIN, ROBERT BIEBER, ALAN PLUMER, JOSEPH SCHACHNER, HARRIET SPEVACK, DAVID STEIN, and DAVID TANENBAUM, each individually and as a Member of the Board of Trustees of Montebello Jewish Center,

                Defendants.
------------------------------------------------------------------------ x

Case No.: 21-cv-4337

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

1

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action shall be voluntarily dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice as to the defendants, but without prejudice as to the arbitration of the claims made in the within action as against Montebello Jewish Center in the pending arbitration in the United Synagogue of Conservative Judaism or to the enforcement against Montebello Jewish Center of any arbitration award that may be made with respect to those claims.

Dated: New York, New York
October 18, 2021

**NELSON MADDEN BLACK LLP**
*Attorneys for Plaintiff*

By: _____
Barry Black, Esq.
475 Park Avenue S., Suite 2800
New York, New York 10016
Telephone: (212) 382-4300

**HARTMANN DOHERTY ROSA BERMAN & BULBULIA LLC**
*Attorneys for Defendants*

By: _____
Mark A. Berman, Esq.
Robin D. Fineman, Esq.
2 Executive Drive, Suite 304
Suffern, New York 10901
Telephone: (845) 357-7900

SO ORDERED.

_____   10/18/21
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.